*Tuesday, September 22, 1998*

## MOTION DOCKET

**98–904. State v. Herring.**
Mahoning C.P. No. 96CR339. This cause is pending before the court as an appeal from the Court of Common Pleas of Mahoning County. Upon consideration of appellant's motion for extension of time for transmission of the record,

IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, granted, and the time for transmitting the record is extended to September 22, 1998. No further extensions will be granted.

*Wednesday, September 23, 1998*

## MERIT DOCKET

**97–2141. Caldwell v. Greek Corp.**
Lucas App. No. L–96–397. *Sua sponte*, the court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, NAHRA, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
JOSEPH J. NAHRA, J., of the Eighth Appellate District, sitting for RESNICK, J.

**98–1406. State ex rel. Heyward v. Borchert.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1408. State ex rel. Hoskins v. Niehaus.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1459. State ex rel. Gregory v. Money.**
In Mandamus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1493. State ex rel. Bandlow v. Nahra.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1504. State ex rel. Cannon v. Ohio Adult Parole Auth.**
In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1536. State v. Hoskins.**
Franklin App. No. 97APA10–1384. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). See *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634. This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1546. State ex rel. LeMaster v. Pepple.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1551. State ex rel. Wilmington v. Powell.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.